44 So.2d 34

### Claude Lee GARNER v. STATE.
### 6 Div. 880.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 911

### Floyd GILBERT v. STATE.
### 7 Div. 12.

Court of Appeals of Alabama.
Jan. 31, 1950.

·Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

Attempted grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 912

### W. F. GILMORE v. STATE.
### 6 Div. 13.

Court of Appeals of Alabama.
Feb. 28, 1950.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

Failure to redeliver hired vehicle.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

44 So.2d 912

### . W. F. GILMORE v. STATE.
### 6 Div. 14.

Court of Appeals of Alabama.
Feb. 28, 1950.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

44 So.2d 912

### Lonnie Clyde GOOCH v. STATE.
### 8 Div. 754.

. Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

Rape.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

48 So.2d 891

### Quincy GREEN v. STATE.
### 7 Div. 104.

Court of Appeals of Alabama.
Oct. 10, 1950.

Appeal from Circuit Court, Calhoun County; W. D. DeBardelaben, Judge.

Assault and battery.

E. W. Harmon, of Anniston, for appellant.

676

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

51 So.2d 913

### Thomas L. GREEN v. STATE.
6 Div. 61.

Court of Appeals of Alabama.
Dec. 9, 1950.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

PER CURIAM.
Affirmed.

51 So.2d 913

### Roy GRIFFITH v. CITY OF MOBILE.
I Div. 608.

Court of Appeals of Alabama.
Nov. 21, 1950.

Rehearing Denied Jan. 9, 1951.

Appeal from Circuit Court, Mobile County; Cecil F. Bates, Judge.

Wm. Grayson, of Mobile, and Albert Roemer, of Montgomery, for appellant.

HARWOOD, Judge.
Affirmed.

46 So.2d 861

### Eddie GRIGGS, alias Griegg v. STATE.
6 Div. 942.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

51 So.2d 913

### Norman GURGANUS v. STATE.
6 Div. 45.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

PER CURIAM.
Affirmed.

51 So.2d 913

### Clifford HAIRRELL v. STATE.
8 Div. 895.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

PER CURIAM.
Appeal dismissed.

44 So.2d 913

### Duard HALL v. STATE.
8 Div. 876.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.